UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARC BONNANT,

                Plaintiff,

-v-

MERILL, LYNCH, PIERCE, FENNER & SMITH, INC. and MERRILL LYNCH CAPITAL SERVICES, INC.,

                Defendants.

No. 09 Civ. 3007 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court will conduct a conference on May 21, 2009 at 3:00 p.m. regarding Plaintiff's pending application for a preliminary injunction. All parties are HEREBY ORDERED to attend.

SO ORDERED.

Dated:    May 18, 2009
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE