UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARC BONNANT,

                Plaintiff,

-v-

MERRILL, LYNCH, PIERCE, FENNER & SMITH,
INC. and MERRILL LYNCH CAPITAL
SERVICES, INC.,

                Defendants.

No. 09 Civ. 3007 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On May 21, 2009, the Court conducted a conference regarding Plaintiff's application for a preliminary injunction. For the reasons discussed at the conference, the Court hereby adopts the following schedule:

> By May 28, 2009, Plaintiff shall submit a letter: (1) stating whether he consents to the conversion of his application for a preliminary injunction to a motion for summary judgment, see Fed. R. Civ. P. 65(a)(2); (2) identifying any portions of the documents discussed at the May 21, 2009 conference as to which there are disputes regarding authenticity; (3) describing why those disputes are relevant to the resolution of the issues currently before this Court; and (4) proposing some form of limited discovery to resolve any such disputes.
>
> By June 1, 2009, Defendants shall respond to each of the issues raised in Plaintiff's submission.

SO ORDERED.

Dated:     May 22, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE