UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09
```

MARC BONNANT,

                Plaintiff,

-v-

MERILL, LYNCH, PIERCE, FENNER & SMITH, INC. and MERRILL LYNCH CAPITAL SERVICES, INC.,

                Defendants.

No. 09 Civ. 3007 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of the parties' July 6, 2009 letter regarding the status of the related arbitral proceedings before the Financial Industry Regulatory Authority ("FINRA"). The letter indicates that: (1) all of the parties presently named in the FINRA arbitration participated in the July 1, 2009 pre-hearing conference call in those proceedings; (2) Ezequiel Nasser, who is not a party to this action, is presently seeking a preliminary injunction of the FINRA proceedings in the New York State Supreme Court; and (3) the next pre-hearing conference call in the FINRA arbitration is scheduled for July 30, 2009. Accordingly, if Plaintiff's claims in this matter are not voluntarily withdrawn or otherwise resolved beforehand, IT IS HEREBY ORDERED THAT the parties shall submit a joint status letter regarding the arbitration by August 14, 2009.

SO ORDERED.

Dated:     July 6, 2009
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE