UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARC BONNANT,

          Plaintiff,

-v-

MERRILL, LYNCH, PIERCE, FENNER & SMITH,
INC. and MERRILL LYNCH CAPITAL
SERVICES, INC.,

          Defendants.

No. 09 Civ. 3007 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' July 8, 2009 pre-motion letter, as well as Plaintiff's

July 8, 2009 response. IT IS HEREBY ORDERED THAT, on July 23, 2009 at 9:00 a.m., counsel

for all parties shall appear before the Court in order to discuss the parties' submissions.

SO ORDERED.

Dated:     July 9, 2009
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE