UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARC BONNANT,

    Plaintiff,

v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC. and MERRILL LYNCH
CAPTIAL SERVICES, INC.

    Defendants.
------------------------------------------------------------X

**DECLARATION OF
CAMELIA NASSER DE KASSIN**

09 Civ. 3007 (RJS)

REPUBLIC OF BRAZIL   )
                            )ss.:
STATE OF SAO PAULO  )

CAMELIA NASSER DE KASSIN, pursuant to 28 U.S.C. § 1746, declares the following:

1.    I am the primary beneficial owner of Sophin Investments S.A., ("Sophin"), the claimant in FINRA Arbitration No. 08-02290, which is the subject matter of this litigation.

2.    I make this Declaration, based upon personal knowledge and at the request of Plaintiff Marc Bonnant, in opposition to Merrill Lynch's motion to compel arbitration.

3.    In November 2001, after receiving an inheritance, I asked Marc Bonnant to establish a Lichtenstein Family Foundation to be known as Mappemonde Vaduz with myself as the primary beneficiary and my husband, Rafael Kassin Nessim, and my children as secondary beneficiaries.

C K

4. I also asked Mr. Bonnant at that time to establish a corporation in the British Virgin Islands to be known as Sophin Investments S.A., which was to be a subsidiary of and owned by the Mappemonde Foundation.

5. Mr. Bonnant was to serve as sole director and President of Sophin and the Trustee of Mappemonde Vaduz.

6. In December 2001, Mr. Bonnant opened an account for Sophin with Merrill Lynch. The Merrill Lynch financial advisor assigned to the account was Claudia Srour Buch.

7. At all relevant times, Ms. Buch had personal knowledge that I, not Mr. Bonnant, was the beneficial owner of Sophin. Ms. Buch visited my house on several occasions for Shabbat dinner and, based on my conversations with her, fully understood the structure of Sophin, including my beneficial ownership and Mr. Bonnant's role as director and president. Ms. Buch also had a social relationship with my brother, Ezequiel Nasser, during this time.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 11, 2009
São Paulo, Brazil

Camelia Nasser De Kassin

2