```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARK BONNANT,

                       Plaintiff,

              -against-

MERRILL LYNCH, PIERCE, FENNER & SMITH,
INC. and MERRILL LYNCH CAPITAL
SERVICES, INC.,

                      Defendants.
-------------------------------------------------------------X

09 **CIVIL** 3007 (RJS)

**JUDGMENT**

      Defendants having moved for summary judgment and to compel arbitration, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on May 11, 2010, having rendered its Order granting defendants' motions in their entirety, ordering that plaintiff is compelled to arbitrate the claims brought against him by Merrill Lynch, Pierce, Fenner & Smith, Inc. and Merrill Lynch Capital Services, Inc., pursuant to 9 U.S.C. § 4, and directing the Clerk of the Court to enter judgment in favor of defendants and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2010, defendants' motions are granted in their entirety; the Court orders that plaintiff is compelled to arbitrate the claims brought against him by Merrill Lynch, Pierce, Fenner & Smith, Inc. and Merrill Lynch Capital Services, Inc., pursuant to 9 U.S.C. § 4; accordingly, judgment is entered in favor of defendants and the case is closed.

**Dated:** New York, New York
         May 18, 2010

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                          BY:
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____