UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARC BONNANT,

                 Plaintiff,

  -against-

MERRILL, LYNCH, PIERCE, FENNER & SMITH,
INC. and MERRILL LYNCH CAPITAL SERVICES,
INC.,

                 Defendants.
------------------------------------------------------------------------X

Case No.

09-cv-3007

## **DECLARATION OF DAVID J. HOFFMAN**

1. I am counsel for Plaintiff Marc Bonnant.

2. I submit this declaration in support of Plaintiff's FRCP 62.1 motion for relief under FRCP 60(b)(2) and FRCP 60(b)(3).

3. Attached hereto as exhibit 1 is a true copy of the October 1, 2010 submission of Ezequiel Nasser in the FINRA arbitration (without exhibits).

4. Attached hereto as Exhibit 2 is a true copy of the Declaration of Ezequiel Nasser.

5. Attached hereto as Exhibit 3 is a true copy of the Declaration of Claudia Srour.

6. Attached hereto as Exhibit 4 are true copies of Standing Letter of Authorization for various transfers excerpted from Exhibit I to Ms. Srour's declaration.

7. Attached hereto as Exhibit 5 is a true copy of a November 11, 2010 story from bloomber.com.

8. I declare the foregoing under penalty of perjury.

Dated: New York, New York
November 23, 2010

/s/David J. Hoffman
David J. Hoffman