UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MARC BONNANT,

               Plaintiff,

    -against-
                                Case No.

                                09-cv-3007

MERRILL, LYNCH, PIERCE, FENNER & SMITH,
INC. and MERRILL LYNCH CAPITAL SERVICES,
INC.,

               Defendants.
---------------------------------------------------------------------X

## REPLY DECLARATION OF DAVID J. HOFFMAN

1.      I am counsel for Plaintiff Marc Bonnant.

2.      I submit this declaration in reply in support of Plaintiff's FRCP 62.1 motion for relief under FRCP 60(b)(2) and FRCP 60(b)(3).

3.      Attached hereto as exhibit 1 is a true copy of an article, with translation, appearing in Le Temps newspaper, Geneva, Switzerland, on November 27, 2010.

4.      I declare the foregoing under penalty of perjury.

Dated:     New York, New York
            December 23, 2010

                                  /s/David J. Hoffman
                                  David J. Hoffman