UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC BONNANT,

                  Plaintiff,

-v-

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. and MERRILL LYNCH CAPITAL SERVICES, INC.,

                  Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2012

No. 09 Civ. 3007 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at the conference held on April 11, 2012, IT IS HEREBY ORDERED THAT Defendants' motion for a preliminary injunction to stay the Sophin Arbitration is DENIED.

IT IS FURTHER ORDERED THAT, on or before July 10, 2012, the parties shall submit a joint letter apprising the Court as to the status of the Sophin Arbitration and what action, if any, the Court should take in this matter.

SO ORDERED.

Dated: April 12, 2012
        New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE